**Martin A. ARMSTRONG,**
*Petitioner–Appellant,*

v.

**Joseph R. GUCCIONE, United States
Marshal for the Southern District of
New York, and Marvin D. Morrison,
Warden, Metropolitan Correctional
Center, Respondents–Appellees,**

**Alan M. Cohen, Intervenor
Receiver–Appellee.**

Nos. 04–5448–pr(L), 05–0280–pr(CON).

United States Court of Appeals,
Second Circuit.

March 6, 2007.

Thomas V. Sjoblom, Proskauer, Rose
LLP, Washington, D.C., for Petitioner–Appellant—Appellant.

Alexander H. Southwell, Assistant United States Attorney (Michael J. Garcia,
United States Attorney for the Southern
District of New York, on the brief), New
York, New York, for Respondents–Appellees.

PRESENT: Hon. WALKER, Hon.
PIERRE N. LEVAL, Hon. SONIA
SOTOMAYOR, Circuit Judges.

### SUMMARY ORDER

On December 18, 2006, petitioner-appellant Martin A. Armstrong moved for this
court (1) to clarify that our opinion in
*Armstrong* directed the district court to
reassign the pending enforcement suits
against him brought by the Securities and
Exchange Commission, *SEC v. Princeton
Econ. Int'l, Ltd.,* No. 99–Civ.–9667(RO)
(S.D.N.Y. filed Sept. 13, 1999), and the
Commodity Futures Trading Commission,
*CFTC v. Princeton Global Mgmt., Ltd.,*
No. 99–Civ.–9669(RO) (S.D.N.Y. filed Sept.
13, 1999) (together, the "Consolidated Enforcement Actions"); and (2) to order that
the mandate of our decision in *Armstrong*
issue immediately. On January 11, 2007,
we granted Armstrong's motion in part
and held the motion in abeyance as to the
issue of reassignment. On January 26,
2007, Armstrong informed us that the
Consolidated Enforcement Actions had

been reassigned to a different district court judge. The pending motion has therefore been rendered moot.

For the foregoing reasons, the petitioner-appellant's motion is **DISMISSED** as moot.